FILED

13 AUG 12 AM 11: 34

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS W. FLORENCE,<br>Inmate No. 01729344,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>CRICKET CELL PHONE COMMUNICATIONS,<br><br>　　　　　　　　Defendant. | Civil No. 13cv1723 BEN (JMA)<br><br>**ORDER:**<br><br>**(1) DISMISSING CIVIL ACTION WITHOUT PREJUDICE FOR FAILING TO PAY FILING FEE REQUIRED BY 28 U.S.C. § 1914(a) AND/OR FAILING TO MOVE TO PROCEED *IN FORMA PAUPERIS* PURSUANT TO 28 U.S.C. § 1915(a); AND**<br><br>**(2) DENYING MOTION TO DISMISS AS MOOT** |

　　　　Plaintiff, an inmate currently incarcerated at the James V. Allred Unit located in Iowa Park, Texas, and proceeding pro se, has filed a civil action in this Court. (ECF No. 1.) Defendant has filed a Motion to Dismiss (ECF No. 2), which is DENIED as moot in light of the Court's findings below.

///

///

-1-

13cv1723 BEN (JMA)

## I. Failure to Pay Filing Fee or Request IFP Status

All parties instituting any civil action, suit or proceeding in any district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $400. *See* 28 U.S.C. § 1914(a).[1] An action may proceed despite a party's failure to pay this filing fee only if the party is granted leave to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a). *See Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th Cir. 2007); *Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999).

Plaintiff has not prepaid the $400 in filing and administrative fees required to commence a civil action, nor has he submitted a Motion to Proceed IFP pursuant to 28 U.S.C. § 1915(a). Therefore, the case cannot yet proceed. *See* 28 U.S.C. § 1914(a); *Andrews*, 493 F.3d at 1051.

## II. Conclusion and Order

For the reasons set forth above, the Court hereby:

(1) **DISMISSES** this action sua sponte without prejudice for failing to pay the $400 civil filing and administrative fee or submit a Motion to Proceed IFP pursuant to 28 U.S.C. §§ 1914(a) and 1915(a); and

(2) **GRANTS** Plaintiff **forty five (45)** days leave from the date this Order is filed to: (a) prepay the entire $400 civil filing and administrative fee in full; *or* (b) complete and file a Motion to Proceed IFP which includes a certified copy of his trust account statement for the 6-month period preceding the filing of his Complaint. *See* 28 U.S.C. § 1915(a)(2); S.D. CAL. CIVLR 3.2(b).

(3) **DENIES** Defendant's Motion to Dismiss as MOOT.

///

///

---

[1] In addition to the $350 statutory fee, all parties filing civil actions on or after May 1, 2013, must pay an additional administrative fee of $50. *See* 28 U.S.C. § 1914(a) (Judicial Conference Schedule of Fees, District Court Misc. Fee Schedule) (eff. May 1, 2013). However, the additional $50 administrative fee is waived if the plaintiff is granted leave to proceed IFP. *Id.*

1   **IT IS FURTHER ORDERED** that the Clerk of the Court shall provide Plaintiff
2   with this Court's approved form "Motion and Declaration in Support of Motion to
3   Proceed *In Forma Pauperis*." If Plaintiff fails to either prepay the $400 civil filing fee
4   or complete and submit the enclosed Motion to Proceed IFP within that time, this action
5   shall remain dismissed without prejudice and without further Order of the Court.

7   DATED: 8/10/13

    /s/ *signature*
    HON. ROGER T. BENITEZ
    United States District Judge